SEALED

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INTELIGENTRY, LTD.; PLASMERG, INC.; PTP LICENSING, LTD.; AND JOHN P. ROHNER,<br><br>Defendants. | 2:13-cv-00344-GMN-NJK |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY
### (FILED UNDER SEAL)

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Kenneth J. Guido to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Guido is an attorney with the Securities and Exchange Commission, an agency of the federal government. Mr. Guido is a member in good standing of the California State Bar (No. 40020) and the District of Columbia Bar (No. 151605).

1

The following contact information is provided to the Court:

    Kenneth J. Guido
    Assistant Chief Litigation Counsel
    Division of Enforcement
    United States Securities and Exchange Commission
    100 F Street, NE
    Washington, DC 20549
    Tel. (202) 551-4480
    Fax (202) 772-9282
    guidok@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Mr. Guido to practice before this honorable Court.

Respectfully submitted this 25th day of February 2013.

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Blaine T. Welsh*
    BLAINE T. WELSH
    Assistant United States Attorney

**IT IS SO ORDERED** this 28th day of February, 2013.

    _____
    Gloria M. Navarro
    United States District Judge