SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

Case 2:13-cv-00344-GMN-NJK

INTELIGENTRY, LTD., PLASMERG, INC.,
PTP LICENSING, LTD. and JOHN P. ROHNER,

Defendants.

## PLAINTIFF'S MOTION TO FILE THE RECORD UNDER SEAL PENDING ISSUANCE AND SERVICE OF AN ORDER FREEZING ASSETS
### (FILED UNDER SEAL)

Plaintiff, the United States Securities and Exchange Commission (the "Commission" or "SEC"), moves *in camera* that the Court order that the record in this matter, including the Complaint, Civil Cover Sheet, *Ex Parte* Motion for a Temporary Restraining Order, Preliminary Injunction and Other Relief, this Motion and all other documents filed by the Commission in this matter, be filed under seal pending issuance and service of the Order requested by the Commission. The Order, among other things, requires an ongoing securities fraud to cease and that all assets of the Defendants be frozen pending an accounting and further disposition by the Court. Once the Order is issued and served on parties and non-parties that have access to those assets, the Commission will move to lift the seal as to all filings.

The reasons for filing all documentation under seal until service of the requested Order is completed are described in the Plaintiff's Rule 65 Certification in support of its request to file its

Motion for a Temporary Restraining Order and Other Relief *ex parte*. Filing *ex parte* and under seal will maintain secrecy until the Order freezing assets is served so that the Defendants will not be provided with notice of the proceedings so that they can dissipate or hide assets attributable to the investor fraud before a freeze order can be served.

In accordance with Rule 5.2 of the Federal Rules of Civil Procedure the Commission will provide the Court with a redacted set of documents filed under seal for inclusion in the records prior to the removal of the seal.

## CONCLUSION

For the reasons stated above, the Plaintiff requests that all documents filed in connection with this matter be filed under seal pending further order of the Court.

Respectfully submitted,

DATED: February 27, 2013

Kenneth Guido
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549-5949
Tel: (202) 551-4480
Fax: (202) 772-9282
guidok@sec.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| **Plaintiff,** | : |
| v. | : Case 2:13-cv-00344-GMN-NJK |
| **INTELIGENTRY, LTD., PLASMERG, INC., PTP LICENSING, LTD. and JOHN P. ROHNER,** | : |
| **Defendants.** | : |

ORDER GRANTING PLAINTIFF'S MOTION TO
SEAL THE RECORD
(FILED UNDER SEAL)

Plaintiff, the United States Securities and Exchange Commission (the "Commission" or "SEC") has moved pursuant to Rule 65(b) of the Federal Rules of Civil Procedure for entry of a Temporary Restraining Order, Preliminary Injunction and Other Relief to shut down an investment scheme which the Commission alleges is fraudulent and violates the antifraud and other provisions of the federal securities laws. In addition to seeking to file its motion *ex parte*, the Commission asks that all documents related to the action, including the Complaint and Civil Cover Sheet, be filed by the Office of the Clerk under seal to prevent notice to the Defendants of the pending action until an order is served requiring the parties and custodians of their assets to freeze those assets for the benefit of defrauded investors. The Commission states that the order sealing the record will be temporary and that the Commission will move to unseal the record after service of the freeze order is effected.

It appears that the public interest would be served in preserving funds of defrauded investors and preventing their dissipation and that permitting filing under seal for a brief period poses no genuine hardship.

THEREFORE, IT IS ORDERED THAT the record in this case, including the Complaint and Civil Cover Sheet, be kept under seal until further notice.

**IT IS SO ORDERED** this 28th day of February, 2013.

Gloria M. Navarro
United States District Judge