# SEALED

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTELIGENTRY, LTD.; PLASMERG, INC.; PTP LICENSING, LTD.; AND JOHN P. ROHNER,<br><br>　　　　　　Defendants. | Case No: 2:13-cv-00344-GMN-NJK |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**
**(FILED UNDER SEAL)**

　　　Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Hemma B. Ramrattan and Christopher M. McLean to practice before this honorable Court in all matters relating to the above-captioned case.

　　　Both are attorneys with the Securities and Exchange Commission, an agency of the federal government, and are members in good standing of their respective state bars. Ms. Ramrattan, New York Bar No. 4844510. Mr. McLean, District of Columbia Bar No. 495036.

1

The following contact information is provided to the Court:

United States Securities and Exchange Commission
Division of Enforcement
100 F Street, NE
Washington, DC 20549

Hemma B. Ramrattan, Ph.D
Tel: (202) 551-4486
Fax: (202) 772-9228
ramrattanh@sec.gov

Christopher McLean
Tel: (202) 551-4522
Fax: (202) 772-9228
mcleanc@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Hemma B. Ramrattan and Christopher M. McLean to practice before this honorable Court.

Respectfully submitted this 28th day of February 2013.

DANIEL G. BOGDEN
United States Attorney

/s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

**IT IS SO ORDERED** this 28th day of February, 2013.

Gloria M. Navarro
United States District Judge