# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,     :

      Plaintiff,     :

      v.     : Civil No. 2:13-cv-0344-GMN-NJK

INTELIGENTRY, LTD., PLASMERG, INC.,     :
PTP LICENSING, LTD., and JOHN P. ROHNER,     :

      Defendants.     :

## ORDER UNSEALING THE RECORD

Plaintiff, the Securities and Exchange Commission ("the SEC" or "the Commission"), has moved to unseal the entire record filed with the Court in this matter and that the Clerk be instructed to place all filings to date on the public ECF system or permit the plaintiff to do so.  For the reasons stated in the SEC's motion, IT IS ORDERED THAT:

The Order sealing the record dated February 28, 2013,  is superseded and the Clerk is instructed to place the entire record of filings made thus far in this matter on the public docket and in the ECF system or request that the SEC do so.

**IT IS SO ORDERED** this 7th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge