UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) Plaintiffs, ) ) vs. ) ) INTELIGENTRY, LTD. PLASMERG, INC., ) PTP LICENSING, LTD. and JOHN P. ROHNER, ) ) Defendants. ) | 2:13-cv-00344-GMN-NJK **O R D E R** |

Before the Court is the Defendant John Rohner's Motion to Join or Merge (#69).[1] The Court has considered Defendant Rohner's Motion (#69) and the Plaintiff's Response (#94). The Court finds this motion appropriately resolved without oral argument. Local Rule 78-2.

On July 8, 2013, Defendant John Rohner filed a motion to Join or Merge the present case with a Department of Justice Case, 2:13-mj-191-RAM. Docket No. 69. However, Section 21(g) of the Securities Exchange Act of 1934, 15 U.S.C. §78u(g), prohibits such consolidation absent consent by the SEC. The SEC has not consented in this case. Accordingly, Rohner's request must be denied.

...

---

[1] To the extent that Rohner intended to file his motion on behalf of the corporation defendants, the former Inteligenty employees, investors or former investors of any of the corporations, it is denied. The corporation defendants are required to have licenced counsel. *See Rowland v. California Men's, Unit II Advisory Council*, 506 U.S. 194, 202 (1993); *see also* Docket No. 87 at 2-3 (Court explained Rohner cannot represent corporate defendants). Former Inteligenty employees, investors or former investors of any of the corporations are not parties to this case and, additionally, Rohner cannot appear *pro se* on behalf of other individuals.

**CONCLUSION**

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant John Rohner's Motion to Join or Merge (#69). The Court has considered Defendant Rohner's Motion (#69) is DENIED.

DATED this  1st   day of August, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge