**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

INTELIGENTRY, LTD; PLASMERG, INC.; PTP LICENSING, LTD; and JOHN P. ROHNER,

    Defendants.

Case No.: 2:13-cv-00344-GMN-NJK

**ORDER**

A Telephonic Motion Hearing was held before the Honorable Gloria M. Navarro, United States District Judge, on August 5, 2013 at 9:30 a.m. in Courtroom 7D of the Lloyd D. George United States Courthouse. Present at the telephonic hearing were Plaintiff's counsel, Kenneth Guido and Hemma Ramrattan, and Pro Se Defendant, John Rohner.

After hearing argument from counsel and Mr. Rohner regarding Defendant's Motion to Release Corporation Funds (ECF No. 47), the Court ordered as follows:

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Appearance Time for Inteligentry, Inc. is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Release Corporation Funds (ECF No. 47) is **GRANTED in part** and **DENIED in part**. The Court authorizes the release of **TWENTY THOUSAND DOLLARS ($20,000.00)** to Defendant, John Rohner, to be used to retain counsel for Defendants INTELIGENTRY, LTD, PlasmERG, INC., and PTP LICENSING, LTD.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss PlasmERG, Inc. (ECF No. 43), Defendant's Motion to Dismiss PlasmERG, Inc. (Iowa) (ECF No. 46), Defendant's Motion to Dismiss all defendants (ECF No. 66), Defendant's Motion to Remove

Invalid Claims (ECF No. 90), and Defendant's Motion for Change of Venue are hereby **DENIED without prejudice**.

    **IT IS FURTHER ORDERED** that Pro Se Defendant, John Rohner shall have until **Wednesday, September 4, 2013** to retain counsel and file a notice of appearance on behalf of Defendants INTELIGENTRY, LTD, PlasmERG, INC., and PTP LICENSING, LTD.  Once retained, Defendants' counsel shall have until **Friday, October 4, 2013** to file an answer or other responsive pleading.

    The Court advises the parties that any request(s) to stay the case and/or extend discovery-related deadlines are referred to Magistrate Judge Nancy J. Koppe.

    **IT IS SO ORDERED** this 7th day of August, 2013.

    **NUNC PRO TUNC DATE:  August 5, 2013.**

_____
Gloria M. Navarro
United States District Judge