GORDON SILVER
DOMINIC P. GENTILE
Nevada Bar No. 1923
Email: dgentile@gordonsilver.com
MARK S. DZARNOSKI
Nevada Bar No. 3398
Email: mdzarnoski@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Inteligentry, Ltd.; Plasmerg, Inc., and PTP Licensing, Ltd.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>INTELIGENTRY, LTD.; PLASMERG, INC., PTP LICENSING, LTD., and JOHN P. ROHNER,<br><br>Defendants. | Case No. 2:13-cv-344-JAD-NJK<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO OPPOSITION TO SECURITIES EXCHANGE COMMISSION'S MOTION TO HOLD JOHN P. ROHNER IN CIVIL CONTEMPT AND APPOINT A RECEIVER TO MANAGE INTELIGENTRY, LTD., PLASMERG, INC., AND PTP LICENSING, LTD. |

The Court having reviewed and considered Defendants' <u>Motion to File Under Seal Certain Exhibits to the Opposition to Securities Exchange Commission's Motion to Hold John P. Rohner in Civil Contempt and Appoint a Receiver to Manage Inteligentry, Ltd., Plasmerg, Inc., and PTP Licensing, Ltd.</u> and the exhibits in support thereof, the related other papers and pleadings on file herein, and with good cause appearing therefore:

///

///

///

///

///

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104314-001/2055970

1 of 2

IT IS HEREBY ORDERED that Defendants' <u>Motion to File Under Seal Certain Exhibits to the Opposition to Securities Exchange Commission's Motion to Hold John P. Rohner in Civil Contempt and Appoint a Receiver to Manage Inteligentry, Ltd., Plasmerg, Inc., and PTP Licensing, Ltd.</u>, is GRANTED. Exhibit 7 shall be filed under seal, a copy of which will be submitted to Chambers for *in camera* review.

IT IS SO ORDERED this 24th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

GORDON SILVER

DOMINIC P. GENTILE
Nevada Bar No. 1923
MARK S, DZARNOSKI
Nevada Bar No. 3398
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Attorneys for Inteligentry, Ltd.; Plasmerg, Inc., and PTP Licensing, Ltd.

104314-001/2055970

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555