UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiffs,

vs.

INTELIGENTRY, LTD. PLASMERG, INC.,
PTP LICENSING, LTD. and JOHN P. ROHNER,

    Defendants.

2:13-cv-00344-GMN-NJK

**O R D E R**

Before the Court is the Defendant John Rohner's Motion to Understand How and To Stop the Invasion of Privacy by the SEC Collecting All Personal Communications, Docket No. 124.

Rohner asserts that the SEC is monitoring his email and that it must be getting his information from the FBI. According to Rohner, it was apparent at his deposition that the SEC had access to his email because they asked him about an email he sent to a friend in Holland. According to Rohner, his friend in Holland confirmed that he did not share that email with anyone. Further, Rohner argues that he was the first person deposed and, therefore, the later deponents could not have shared his information with the SEC. Rohner asserts that the FBI must be sharing its information with the FBI.

The Court finds that Rohner's arguments are pure speculation. Further, he cites no points and authorities in support of his motion. "The failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." Local Rule 7-2(d). Accordingly, the Motion is denied.

## CONCLUSION

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant John Rohner's Motion to Understand How and To Stop the Invasion of Privacy by the SEC Collecting All Personal Communications, Docket No. 124, is DENIED.

DATED this __8th__ day of October, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge