UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> INTELIGENTRY, LTD. PLASMERG, INC., ) <br> PTP LICENSING, LTD. and JOHN P. ROHNER, ) <br> ) <br> Defendants. ) <br> ) | 2:13-cv-00344-GMN-NJK <br><br> **O R D E R** |

Before the Court is Defendant John Rohner's Motion to Eliminate/Remove Copyrighted Documents. Docket No. 167. The Court finds that no response is necessary and further, this motion is appropriately resolved without oral argument. Local Rule 78-2. For the reasons discussed below, the instant motion is hereby DENIED.

**DISCUSSION**

Plaintiff John Rohner asserts that the SEC has violated U.S. copyright laws by obtaining information from certain web pages, without the copyright holder's permission, and then filing that information with this Court in an effort to support its claims. Filing information obtained from web pages, however, is not a violation of U.S. copyright laws. Indeed, copyrighted material is regularly filed with the Court for a variety of reasons. For example, it would be impossible to adjudicate copyright infringement cases without such information. Further, the Court notes, although this is not a copyright infringement case, the allegedly copyrighted material is relevant

1  to the dispute and has been appropriately included as part of the SEC's arguments and briefing
2  before the Court.

### CONCLUSION

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant John Rohner's Motion to Eliminate/Remove Copyrighted Documents, Docket No. 167, is DENIED.

DATED: March 7, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge