GENTILE CRISTALLI MILLER
ARMENI & SAVARESE, PLLC
DOMINIC P. GENTILE
Nevada Bar No. 1923
Email: dgentile@gentilecristalli.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
*Attorney for Defendant, Inteligentry Ltd.*

UNITED STATED DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 2:13-cv-00344-RFB-NJK |
| Plaintiff, | |
| vs. | |
| INTELIGENTRY, LTD., PLASMERG, INC., PTP LICENSING, LTD., and JOHN P. ROHNER, | |
| Defendants. | |

**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICING ON THIS MATTER**

PLEASE TAKE NOTICE that attorney Dominic P. Gentile, Esq., is no longer associated with the law firm of Gordon Silver and will no longer be serving as counsel for Defendant, Inteligentry, Ltd. No further notices, pleading, and documents need to be served on him.

Dated this 25 day of June, 2015.

GENTILE CRISTALLI MILLER
ARMENI & SAVARESE

_____
DOMINIC P. GENTILE
Nevada Bar No. 1923
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
(702) 880-0000
*Attorney for Defendant, Inteligentry Ltd.*

IT IS SO ORDERED.
DATED: June 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned, an employee of Gentile Cristalli Miller Armeni & Savarese, hereby certifies that on the __28__ day of June, 2015, she caused a copy of the **Notice of Disassociation of Counsel and Request to be Removed from Electronic Noticing on this matter** by electronic service through the Court's CM/ECF filing system, to:

Blaine T Welsh Blaine.Welsh@usdoj.gov, doriayn.olivarra@usdoj.gov, eunice.jones@usdoj.gov, josephine.sommer@usdoj.gov, sue.knight@usdoj.gov

Mark S Dzarnoski adangdiallo@gordonsilver.com, mdzarnoski@gordonsilver.com

Kenneth J Guido guidok@sec.gov, dolanda@sec.gov

Christopher M. McLean mcleanc@sec.gov

Hemma B Ramrattan ramrattanh@sec.gov

**2:13-cv-00344-RFB-NJK Notice has been delivered by other means to:**

James Horn
415 Baranof Ave.
Fairbanks, AK 99701

John P. Rohner
P.O. Box 9011 PMB 5555
Calexico, CA 92232-9011

_____
An employee of Gentile Cristalli Miller Armeni & Savarese

Gentile Cristalli Miller
Armeni & Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

Notice of Disassociation

2 of 2