# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

vs.

INTELIGENTRY, LTD., et al.,

      Defendants.

Case No. 2:13-cv-00344-RFB-NJK

**ORDER**

      Presently before the court is Defendant John P. Rohner's Motion to Unseal Court Files and Records from the Settlement Conference (ECF No. 480), filed on November 2, 2016. Plaintiff Securities and Exchange Commission filed a response (ECF No. 482) on November 16, 2016. Defendant Rohner filed a reply (ECF No. 483) on November 27, 2016. Defendant Rohner requests that the court unseal various records related to the settlement conference that the undersigned held on June 18, 2014, because he seeks to use information related to settlement negotiations as evidence in this case. The court has read and considered the parties' arguments, and for the reasons stated in the Securities and Exchange Commission's response, the court will deny Defendant Rohner's motion.

      IT IS SO ORDERED.

DATED: November 30, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**