UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>INTELIGENTRY, LTD., PLASMERG, INC., PTP LICENSING, LTD., and JOHN P. ROHER,<br><br>    Defendants. | Case No. 2:13-cv-00344-RFB-NJK |

## ORDER GRANTING RECEIVER'S REQUEST
## TO APPOINT PROFESSIONALS

WHEREAS this Court appointed Sally B. McMinimee the Receiver for Inteligentry, Ltd., and its related entities on May 18, 2015, and

WHEREAS the Receiver's Motion to Appoint Professionals was heard on March 28, 2016. The Receiver was present. Other appearance were noted on the record, and

WHEREAS the Receiver seeks the appointment of John H. Curtis and his colleagues at Rocky Mountain Advisory as accountants for the receivership as permitted under paragraph 38 of the Receivership Order, it is hereby,

/ / /

/ / /

1   **IT IS ORDERED** that John H. Curtis of Rocky Mountain Advisory is hereby formally appointed as accountant for the receivership to assist the Receiver in administering the estate, including filing tax returns.

**DATED** this 20th day of March, 2016.

**BY THE COURT:**

_____
HONORABLE RICHARD F. BOULWARE, II
United States District Judge