UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:13-cv-00344-RFB-NJK |
|---|---|
| Plaintiff, | |
| v. | |
| INTELIGENTRY, LTD., PLASMERG, INC., PTP LICENSING, LTD., and JOHN P. ROHER, | |
| Defendants. | |

# ORDER FOR TURN OVER OF PROCEEDS
# FROM SALE OF ESTATE PROPERTY IN IOWA

Pursuant to this Court's entry of the Freeze Order on March 7, 2013, the Preliminary Injunction on March 18, 2013, the Appointment of the Receiver on May 18, 2015, and based further on the Court's denial of Defendant John P. Rohner's various motions relating to the funds held in escrow in Iowa at a hearing on March 28, 2016, and good cause otherwise appearing,

IT IS HEREBY ORDERED, ADJUGED AND DECREED as follows:

1. The Receiver is hereby authorized to take possession of the funds held in escrow from the sale of the real property located at 708 Main Street, South English, Iowa.

The funds in the amount of approximately $16,618.26 are held in the Trust Account of John N. Wehr.

2. John N. Wehr is hereby ordered to deliver the funds to the Receiver immediately upon receipt of this Order.

**DATED** this 20th day of March, 2017.

**BY THE COURT:**

_____
HONORABLE RICHARD F. BOULWARE, II
United States District Judge