UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>INTELIGENTRY, LTD., PLASMERG, INC., PTP LICENSING, LTD., and JOHN P. ROHER,<br><br>             Defendants. | Case No. 2:13-cv-00344-RFB-NJK |

# ORDER GRANTING

# RECEIVER'S APPLICATION FOR FEES AND EXPENSES

WHEREAS this Court appointed Sally B. McMinimee the Receiver for Inteligentry, Ltd., and its related entities on May 18, 2015, and,

WHEREAS the Receiver, by Application for Fees and Expenses dated May 19, 2016 seeks payment of the reasonable fees and expenses incurred by her and her associates at Prince, Yeates & Geldzahler, as permitted under ¶ 41 of the Receivership Order,

IT IS HEREBY ORDERED that the Receiver's Application for Fees and Expenses dated May 19, 2014, is ACCEPTED and APPROVED, and,

IT IS FURTHER ORDERED that the Receiver may, pursuant to ¶ 41of the Receivership Order pay from the assets of Inteligentry, Ltd., and its related entities, or the receivership estate the invoices of the Receiver and her associates at Prince, Yeates & Geldzahler dated from April 30, 2015 through May 3, 2016, for reasonable fees and expenses totaling $23,875.33.

**DATED** this 20th day of March, 2017.

**BY THE COURT:**



HONORABLE RICHARD F. BOULWARE, II
United States District Judge