Kenneth J. Guido
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4480
(202) 772-9282
guidok@sec.gov

Sally B. McMinimee (Utah Bar No. 05316)
**PRINCE, YEATES & GELDZAHLER**
15 West South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 524-1000
Facsimile: (801) 524-1098
sbm@princeyeates.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

_____
                                                          :
**SECURITIES AND EXCHANGE COMMISSION,** :
                                                          :
      **Plaintiff,**                            :
                                                          :
      v.                                         : Civil No. 2:13-cv-00344
                                                          :        RFB-NJK
**INTELIGENTRY, LTD., PLASMERG, INC.,**   :
**PTP LICENSING, LTD., and JOHN P. ROHNER**, :
                                                          :
      **Defendants.**                          :
_____ :

**JOINT MOTION TO EXTEND THE DEADLINE TO FILE A PROPOSED PLAN OF DISTRIBUTION, CONTINUE THE HEARING SCEHDULED FOR JULY 5, 2017 AND TO ALLOW THE RECEIVER TO APPEAR TELEPHONICALLY**

Kenneth J. Guido on behalf of the U.S. Securities and Exchange Commission ("SEC") and Sally B. McMinimee, Receiver for Inteligentry, Ltd. and its related entities,

("Receiver") hereby jointly move that the deadline to file a proposed Plan of Distribution (the "Plan") be extended one week until June 27, 2017, that the hearing currently scheduled for July 5, 2017, at 3:00 p.m. before The Honorable Richard F. Boulware, II, be continued by one week, and that the Receiver be allowed to appear telephonically at the July 5, 2017 hearing, or on its continued date. This Motion is based upon the following:

1. On or about March 20, 2017, this Court ruled that the Receiver should propose a Plan for the distribution of funds in the Receivership Estate to potential investors, Plan of should be filed on or before June 20, 2017.

2. The Court scheduled a hearing for July 5, 2017. The purpose of the hearing is for the parties to review the Plan and address any concerns that the Court may have with the Plan.

3. The Receiver, with the assistance of the SEC, has prepared a draft Plan, however, there are a small number of investor claims which need clarification before the Plan can be finalized and filed with the Court.

4. The SEC and Receiver respectfully request that the Court extend the deadline for the Receiver to file the Plan one week, until June 27, 2017, and continue the July 5, 2017 hearing at least one week.

5. The Receiver is in Salt Lake City and personal appearance would require a significant expense to the estate thereby reducing the amount available to be refunded to

verified investors. The Receiver can fully participate in the hearing telephonically and requests that she be allowed to do so. The SEC does not object to the Receiver appearing telephonically.

WHEREFORE, the SEC and Receiver respectfully request that the Court extend the deadline to file the proposed Plan of Distribution until June 27, 2017, continue the July 5, 2017 hearing by one week, and allow the Receiver to appear at the hearing telephonically.

**DATED** this 20th day of June, 2017.          Respectfully submitted,

/s/ Kenneth J. Guido
Kenneth J. Guido
Attorney for Plaintiff
Securities and Exchange Commission

**PRINCE YEATES & GELDZAHLER**

/s/ Sally B. McMinimee
Sally B. McMinimee
Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all parties whose names appear on the electronic mail notice list for this case.

/s/ Kenneth J. Guido

Kenneth J. Guido
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4480
(202) 772-9282
guidok@sec.gov

Sally B. McMinimee (UT BAR No. 05316)
**PRINCE, YEATES & GELDZAHLER**
15 West South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 524-1000
Facsimile: (801) 524-1098
sbm@princeyeates.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

_____
                                            :
                                            :
**SECURITIES AND EXCHANGE COMMISSION,** :
                                            :
        **Plaintiff,**                      :
                                            :
            v.                              : Civil No. 2:13-cv-00344
                                            :        RFB-NJK
**INTELIGENTRY, LTD., PLASMERG, INC.,**     :
**PTP LICENSING, LTD., and JOHN P. ROHNER,**:
                                            :
        **Defendants.**                     :
_____ :

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE A PROPOSED PLAN OF DISTRIBUTION, CONTINUE THE HEARING SCEHDULED FOR JULY 5, 2017 AND TO ALLOW THE RECEIVER TO APPEAR TELEPHONICALLY

The Court having considered the Joint Motion to Extend the Deadline to File a

Proposed Plan of Distribution, Continue the Hearung Scheduled for July 5, 2017 and to

Allow the Receiver to Appear Telephonically, finding the same to be reasonable, now hereby GRANTS the parties' Motion and it is hereby

1. ORDERED that the Receiver shall file the proposed Distribution Plan on or before June 27, 2017.

2. ORDERED that the hearing currently scheduled for July 5, 2017 at 3:00 p.m. shall be continued to July 12, 2017 at 4:45 PM in LV Courtroom 7D.

3. ORDERED that the Receiver shall be allowed to attend the July 5, 2017 hearing, or any date to which the hearing may be continued, telephonically by dialing telephone number: (877) 336-1829, Access code: 3616356, 5 minutes prior to the hearing time. The Court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

**DATED** this 22nd day of June, 2017.

_____
RICHARD F. BOULWARE, II
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all parties whose names appear on the electronic mail notice list for this case.

/s/ Kenneth J. Guido