# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**INTELIGENTRY, LTD., PLASMERG, INC.,**<br>**PTP LICENSING, LTD. and JOHN P. ROHNER,**<br><br>**Defendants.** | Case No. 2:13-cv-00344-RFB-NJK<br><br>**FINAL JUDGMENT**<br>**AND**<br>**PERMANENT INJUNCTION** |

### FINAL JUDGMENT AS TO CORPORATE DEFENDANTS
### INTELIGENTRY, LTD., PLASMERG, INC. AND PTP LICENSING, LTD.

**WHEREAS,** the Securities and Exchange Commission ("SEC" or "Commission") filed the attached Amended Complaint ("Complaint") against Corporate Defendants Inteligentry, Ltd. ("Inteligentry"), PlasmERG, Inc. ("PlasmERG"), PTP Licensing, Ltd. ("PTP") (collectively "Corporate Defendants").

**WHEREAS,** Inteligentry entered a general appearance, consented to the Court's jurisdiction over it, admitted the allegations contained in the Complaint, acknowledged that its conduct violated the federal securities laws, and consented to the entry of this Final Judgment.

**WHEREAS,** PlasmERG and PTP without admitting or denying the allegations of the Complaint (except as to jurisdiction which is admitted), waived findings of fact and conclusions of law, waived any right to appeal from this Final Judgment, and consented to the entry of this Final Judgment.

### I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Corporate Defendants' Consent Final Judgment shall be granted.

### II.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Corporate Defendants Inteligentry, PlasmERG, and PTP are permanently restrained and enjoined from directly or indirectly participating in the issuance, offer, or sale of any security, including without limitation securities of Inteligentry, PlasmERG, PTP, or their successor entities, and securities of entities that promote in any way Corporate Defendants' past, current, or any future plasma engines and related technology, such as the plasmic transition process engine, plasma expansion process, and the electronic control system for a plasma engine.

### III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraphs III through VI also bind the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Corporate Defendants' officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Corporate Defendants or with anyone described in (a).

### IV.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Corporate Defendants Inteligentry, PlasmERG, and PTP, shall, within 10 days after entry of this Final Judgment, post complete and legible copies of the Commission's Complaint, the Consents of the Defendants, and this Final Judgment in a conspicuous place on the Home pages of Inteligentry's, PlasmERG's, and PTP's Web sites, if any, and/or on any other Web sites and social

media sites that Corporate Defendants (individually or collectively) use, own, maintain and/or control now or in the future to raise funds for or to sell plasma engines and related technology, including the sale of licenses for or rights to the plasma engines and related technology. Complete and legible copies of the Complaint, the Consents of the Corporate Defendants, and this Final Judgment shall be maintained on such Web sites and social media sites as long as such sites are active and viewable.

## V.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Corporate Defendants Inteligentry, PlasmERG and PTP are jointly and severally liable for disgorgement of $1,822,825, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $136,211.58 for a total of $1,959,036.58.

Corporate Defendants shall satisfy this obligation by paying the total amount present in their bank accounts to the Securities and Exchange Commission within 20 days after the entry of this Final Judgment. As of March 8, 2013 the Corporate Defendants' accounts were as follows (Docket No. 120-3):

(a) an account in the name of Inteligentry Ltd., account number ending in 5390, balance of $21,316.01;

(b) an account in the name of PlasmERG Inc., account number ending in 5226, balance of $2,490.04; and

(c) an account in the name of PTP Licensing Ltd., account number ending in 5218, balance of $186,965.79.

Payment from Corporate Defendants shall be made by transmitting payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Payment may also be made by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>   Enterprise Services Center
>   Accounts Receivable Branch
>   6500 South MacArthur Boulevard
>   Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Inteligentry, PlasmERG and PTP's named as defendants in this action; and specifying that payment is made pursuant to this Final Judgment.  By making this payment, Corporate Defendants Inteligentry, PlasmERG and PTP relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to the Corporate Defendants.

If Corporate Defendants Inteligentry, PlasmERG and PTP fail to sign all necessary documents and take all necessary actions to effectuate the foregoing irrevocable transfers within the period required, the Commission may, at its sole discretion and without prior notice to the Corporate Defendants, petition the Court for an order requiring Corporate Defendants to pay the unpaid portion of the disgorgement, pre-judgment and post-judgment interest thereon, and the maximum civil penalty allowable under the law.

All funds obtained pursuant to this Final Judgment ("Disgorgement Fund") shall be retained by the Commission, in the Court's registry account, or other account utilized by the receiver or distribution agent, and distributed according to the final, approved, Receiver's Plan for Distribution of Disgorged Funds to which the Securities and Exchange Commission concurs.

The Court shall retain jurisdiction over the administration of any distribution of the Disgorgement Fund.

## VI.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Consent of Corporate Defendants Inteligentry, Ltd., PlasmERG, Inc., and PTP Licensing, Ltd. is incorporated herein with the same force and effect as if fully set forth herein, and that Corporate Defendants shall comply with all of the undertakings and agreements set forth therein.

## VII.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## VIII.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Consent Final Judgment forthwith and without further notice.

**SO ORDERED.**

DATED: July 13, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**