Sally B. McMinimee (UT BAR No. 05316)
**PRINCE, YEATES & GELDZAHLER**
15 West South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 524-1000
Facsimile: (801) 524-1098
sbm@princeyeates.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

_____

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Civil No. 2:13-cv-00344-RFB-NJK |
| | : |
| **INTELIGENTRY, LTD., PLASMERG, INC.,** | : |
| **PTP LICENSING, LTD., and JOHN P. ROHNER**, | : |
| | : |
| **Defendants.** | : |

_____

### ORDER APPROVING FINAL DISTRIBUTION OF RECEIVERSHIP ASSETS TO INVESTORS, APPROVING PAYMENT OF FINAL ATTORNEY'S FEES AND EXPENSES, APPROVING WIND UP OF RECEIVERSHIP AND DISCHARGING RECEIVER

WHEREAS this Court appointed Sally B. McMinimee the Receiver for Inteligentry, Ltd., and its related entities on May 18, 2015, and,

WHEREAS the Receiver, by Motion dated May 8, 2018 seeks approval of the final distribution of Receivership assets to the Investors, approval of the payment of final attorney's fees and expenses, and the wind up of the Receivership and an Order discharging the Receiver.

BASED ON Receiver's Motion, and good cause appearing, IT IS HEREBY

ORDERED that the Receiver's Final Report and Final Accounting is APPROVED.

IT IS FURTHER ORDERED that the actions and activities taken by or on behalf of the Receiver and all payments made by the Receiver in connection with the administration of the receivership estate are APPROVED and CONFIRMED.

IT IS FURTHER ORDERED that the receivership administrative expenses incurred in this receivership proceeding, including the Receiver's fees and expenses as previously set forth in the Plan of Distribution are APPROVED. Receiver is AUTHORITZED to pay from the assets of Inteligentry, Ltd., and its related entities, or the receivership estate:

    a.    $23,000.00 owed to the Corporate Defendants' counsel pursuant to the Court's March 20, 2017 Ruling;

    b.    $3,700.00 to Miller Kaplan Arase, LLP.

    c.    The invoices of the Receiver and her associates at Prince, Yeates & Geldzahler dated from May 4, 2016 through the wind up of the Receivership for reasonable fees and expenses totaling the discounted amount of $30,000.00.

    d.    $5,600.00 shall be held in reserve for estimated fees for preparation of a 2018 tax return, distribution issues, and closure of the fund.

IT IS FURTHER ORDERED that the Receiver shall distribute the remaining assets of the receivership estate to the Eligible Claimants as follows:

| **Investor Name** | **Actual Loss (USD)** | **Loss Ratio** | **Distribution** |
|---|---|---|---|
| Charles D. Bagwell | $10,000.00 | 0.682% | $822.78 |

| Name | Amount | Percent | Value |
|---|---:|---:|---:|
| Betty McLeod Family Trust, CA | 3,000.00 | 0.205% | 246.83 |
| Eric Blankenburg | 5,000.00 | 0.341% | 411.39 |
| Kevin Brite | 4,000.00 | 0.273% | 329.11 |
| Dennis L. Brown & Alison Martin | 5,000.00 | 0.341% | 411.39 |
| Robert A. Brown | 1,000.00 | 0.068% | 82.28 |
| Bryan Burns | 4,000.00 | 0.273% | 329.11 |
| Jacqueline Busuttil & Peter Busuttil | 10,000.00 | 0.682% | 822.78 |
| Thomas J. Carpenter | 15,000.00 | 1.023% | 1,234.17 |
| Robert Christianson | 4,000.00 | 0.273% | 329.11 |
| Forrest Collins | 4,000.00 | 0.273% | 329.11 |
| Thomas Corey | 1,000.00 | 0.068% | 82.28 |
| Dale Dawson | 10,000.00 | 0.682% | 822.78 |
| Robert Deering | 19,000.00 | 1.296% | 1,563.28 |
| Craig DeSalvo | 10,000.00 | 0.682% | 822.78 |
| Dunvegan Enterprises, LLC, CA | 11,000.00 | 0.750% | 905.06 |
| ECEM Salzburg Energy and Environment Consulting GmbH | 50,000.00 | 3.409% | 4,113.89 |
| Thomas Egrie | 4,000.00 | 0.273% | 329.11 |
| Arlen J. Erickson | 3,000.00 | 0.205% | 246.83 |
| Randy Fowler | 4,000.00 | 0.273% | 329.11 |
| G&G Products | 10,000.00 | 0.682% | 822.78 |
| Douglas Gano | 5,000.00 | 0.341% | 411.39 |
| Gary S. George & Akemi George | 6,000.00 | 0.409% | 493.67 |
| Michael Girouard | 525,000.00 | 35.800% | 43,195.85 |
| Isabelle Gramp | 4,000.00 | 0.273% | 329.11 |
| Simon C. Gramp | 4,050.00 | 0.276% | 333.23 |
| Tijana Gramp | 4,000.00 | 0.273% | 329.11 |
| J. Scott Hallenberg | 4,000.00 | 0.273% | 329.11 |
| Robin Hamilton | 10,000.00 | 0.682% | 822.78 |
| Terry M. Hamilton | 50,000.00 | 3.409% | 4,113.89 |
| Jerry Scott Hansen | 4,000.00 | 0.273% | 329.11 |
| John Hansvick | 4,000.00 | 0.273% | 329.11 |
| Roy L. Hearn or Patricia L. Hearn | 2,000.00 | 0.136% | 164.56 |
| Sean Hegarty | 2,000.00 | 0.136% | 164.56 |

| Name | Amount | Percent | Value |
|---|---:|---:|---:|
| John E. Hodge | 10,000.00 | 0.682% | 822.78 |
| James M. Horn | 20,000.00 | 1.364% | 1,645.56 |
| Stefan Johansson | 10,100.00 | 0.689% | 831.01 |
| Johnny C. Kaspar | 5,000.00 | 0.341% | 411.39 |
| Mitzey G. Keefer | 10,000.00 | 0.682% | 822.78 |
| Richard A. Kelley | 4,000.00 | 0.273% | 329.11 |
| Darcy Kells | 1,000.00 | 0.068% | 82.28 |
| KimeMulch CCF, LLC | 5,000.00 | 0.341% | 411.39 |
| Richard D. Leavitt | 1,000.00 | 0.068% | 82.28 |
| William J. Liebhart | 10,000.00 | 0.682% | 822.78 |
| Gary Lingenfelter | 5,000.00 | 0.341% | 411.39 |
| David J. Lystrom | 10,000.00 | 0.682% | 822.78 |
| Colin A. Malaker | 100,000.00 | 6.819% | 8,227.78 |
| Lawrence W. Markus | 4,000.00 | 0.273% | 329.11 |
| Robert S. McCleary & Eleanor B. McCleary | 5,000.00 | 0.341% | 411.39 |
| Brian McDermott | 1,000.00 | 0.068% | 82.28 |
| Joseph McGarty | 4,000.00 | 0.273% | 329.11 |
| Betty McLeod | 39,000.00 | 2.659% | 3,208.83 |
| Earl D. McNamee & Maureen F. McNamee | 15,000.00 | 1.023% | 1,234.17 |
| Walter E. Meador, III | 5,000.00 | 0.341% | 411.39 |
| Richard Meyer | 4,000.00 | 0.273% | 329.11 |
| Kirk Miller | 10,000.00 | 0.682% | 822.78 |
| Richard D. Miller, Sr. | 4,000.00 | 0.273% | 329.11 |
| Timothy Newman | 3,000.00 | 0.205% | 246.83 |
| Daniel Nims | 10,000.00 | 0.682% | 822.78 |
| Trudee Nims – New Direction | 10,000.00 | 0.682% | 822.78 |
| Michael Ondrasek | 4,000.00 | 0.273% | 329.11 |
| Warren Opheim | 6,350.00 | 0.433% | 522.46 |
| Corazon Pagnotta | 20,000.00 | 1.364% | 1,645.56 |
| Gino Pagnotta | 20,000.00 | 1.364% | 1,645.56 |
| Thomas Pagnotta | 20,000.00 | 1.364% | 1,645.56 |
| Christian Parent | 1,000.00 | 0.068% | 82.28 |
| Charles Paul | 10,000.00 | 0.682% | 822.78 |
| Rekha Pavasia | 20,000.00 | 1.364% | 1,645.56 |
| Jerard Pearson | 1,000.00 | 0.068% | 82.28 |
| RDH Worldwide, LLC | 5,000.00 | 0.341% | 411.39 |
| Ernest Rice | 4,000.00 | 0.273% | 329.11 |
| Fernando J. Rivera Cruz | 10,000.00 | 0.682% | 822.78 |

| Name | Amount | Percentage | Distribution |
|---|---:|---:|---:|
| Linda Roberts | 4,000.00 | 0.273% | 329.11 |
| Mark Rudnicki | 2,000.00 | 0.136% | 164.56 |
| Rebecca Rudnicki | 2,000.00 | 0.136% | 164.56 |
| Gerald R. Ryberg | 8,000.00 | 0.546% | 658.22 |
| Garrin Samii | 10,000.00 | 0.682% | 822.78 |
| M E Shalla & Edra R. Shalla | 4,000.00 | 0.273% | 329.11 |
| SINEL GmbH | 50,000.00 | 3.409% | 4,113.89 |
| Jeffrey & Tina Smathers | 20,000.00 | 1.364% | 1,645.56 |
| Beverly Stokes | 3,000.00 | 0.205% | 246.83 |
| Glenn A. Taylor | 10,000.00 | 0.682% | 822.78 |
| Devin Tetz | 4,000.00 | 0.273% | 329.11 |
| Dorothy R. Thompson | 4,000.00 | 0.273% | 329.11 |
| David Tyson | 5,000.00 | 0.341% | 411.39 |
| Charley Wade or Nancy Wade | 60,000.00 | 4.091% | 4,936.37 |
| George Walton or Barbara Jacques | 5,000.00 | 0.341% | 411.39 |
| Narcia L. Watson | 10,000.00 | 0.682% | 822.78 |
| Mark Weber | 5,000.00 | 0.341% | 411.39 |
| Paul R. Williams | 10,000.00 | 0.682% | 246.83 |
| Ronnie Williams | 3,000.00 | 0.205% | 822.78 |
| Thomas Zuger | 10,000.00 | 0.682% | 822.78 |
| **TOTALS** | **$1,466,500.00** | **100%** | **$120,660.42** |

IT IS FURTHER ORDERED that if for any reason monies remain in the Disgorgement Fund after six (6) months from the date the funds are disbursed to the Eligible Claimants in accordance with the Plan, and payment of any remaining fees to Miller Kaplan Arase, the Receiver shall pay such funds to the United States Treasury.

IT IS FURTHER ORDERED that the Receiver shall transmit the records and/or personal property of the Corporate Defendants subject to the receivership and of any other corporations or businesses under the control of any of those defendants in the possession, custody or control of the Receiver to the SEC.

IT IS FURTHER ORDERED that any assets not administered by the Receiver as of the closing of the receivership estate are deemed ABANDONED.

IT IS FURTHER ORDERED that upon the completion of the Receiver's wind up of the estate, payment of administrative expenses and final distribution of funds as provided herein, the Receiver, its agents, employees, members, officers, independent contractors, attorneys and representatives are (a) DISCHARGED; (b) RELEASED from all claims and liabilities arising out of and/or pertaining to the receivership herein; and (c) RELIEVED of all duties and responsibilities pertaining to the receivership previously established in this action.

**DATED** this 4th day of June, 2018.

                                                **BY THE COURT:**

_____
HONORABLE RICHARD F. BOULWARE, II
United States District Court Judge